UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
:
BRENT BAYNON, :
: CV: 11-1181 (ADS) (ARL)
Plaintiff, :
:
-against- : **STIPULATION EXTENDING**
: **TIME TO ANSWER, MOVE**
WENNER MEDIA, INC. and JANE WENNER, : **OR OTHERWISE RESPOND**
AMY BURAK, TIM WALSH, and FRANCINE :
CAHILL, (Sued in their Individual and Official :
Capacities Pursuant to N.Y. Executive Law :
§§ 290 et seq.), :
:
:
Defendants. :
---------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties herein, that the time for the above-named Defendants to answer, move or otherwise respond to Plaintiff's Complaint dated March 14, 2011, is extended through and including July 8, 2011.

Defendants hereby acknowledge and accept service of the summons and complaint on behalf of all Defendants. Defendants reserve all other rights, remedies and defenses with respect to the Complaint, including without limitation all defenses based on the sufficiency of the allegations contained therein to state a claim upon which relief may be granted.

Dated:  Islandia, New York                     Dated:  New York, New York
        May 13, 2011                                   May 12, 2011

SCOTT MICHAEL MISHKIN, P.C.                    KASOWITZ, BENSON, TORRES
                                               & FRIEDMAN LLP

By: _____                    By: _____
    Kyle T. Pulis (KP0415)                         Joseph A. Piesco (JP1773)
    One Suffolk Square                             1633 Broadway
    Suite 240                                      New York, New York 10019
    Islandia, New York 11749                       Telephone: (212) 506-1955
    Telephone: (631) 234-1154                      Facsimile: (212) 506-1800
    Facsimile: (631) 234-5048                      *Attorneys for Defendants*
    *Attorneys for Plaintiff*