LITTLER MENDELSON
A Professional Corporation
900 Third Avenue, 8th Floor
New York, New York  10022.4834
(212) 583-9600

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRENT BAYNON,<br><br>              Plaintiff,<br><br>          -against-<br><br>WENNER MEDIA, INC. and JANE WENNER, AMY BURAK, TIM WALSH, and FRANCINE CAHILL, (Sued in their Individual and Official Capacities pursuant to N.Y. Executive Law §§ 290 et seq.),<br><br>              Defendants. | Index No. 11-Civ.-1181 (ADS) (ARL)<br><br>**NOTICE OF APPEARANCE** |

        **To the Clerk of this Court and All Parties of Record:**

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel on behalf of the Defendants Wenner Media LLC (incorrectly named herein as Wenner Media, Inc.) ("Wenner Media"), Jane Wenner ("Wenner"), Amy Burak ("Burak"), Tim Walsh ("Walsh") and Francine Cahill ("Cahill") (collectively, the "Defendants"), in the above-captioned action. Contact information for the undersigned counsel is as follows:

Barbara A. Gross, Esq.
LITTLER MENDELSON, P.C.
900 Third Avenue, 7th Floor
New York, New York 10022
(212) 583-9600
bgross@littler.com

Please enter this appearance on the Court's docket and electronically notify the undersigned of all filings, notices, motion, etc. at the email address listed above.

Date: July 6, 2011
New York, New York

/s/ Barbara A. Gross
Barbara A. Gross
LITTLER MENDELSON
A Professional Corporation
900 Third Avenue, 7th Floor
New York, NY  10022.4834
(212) 583-9600

Attorneys for Defendants
    Wenner Media, Inc., Jane Wenner, Amy Burak, Tim Walsh and Francine Cahill